UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MINNESOTA MINING AND
MANUFACTURING COMPANY,                    Civil No. 99-1285 DWF/AJB

    Plaintiff,

v.                                                                ORDER

BRIAN EVANS,

    Defendant.

---

The request by plaintiff for leave to conduct early discovery in this matter came on for the Court's consideration on October 28, 1999. The Court having considered the request submitted by plaintiff and the response submitted by the defense hereby orders as follows:

1. Each side may notice and take the opposite party's deposition and may obtain discovery during said deposition regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action, whether it relates to the claim or defense of the party seeking discovery or to the claim or defense of any other party, including the existence, description, nature, custody, condition, and location of any books, documents, or other tangible things, and the identity and location of persons having knowledge of any discoverable matter.

Filed _____ OCT 29 1999
Francis E. Dosal, Clerk
Judgment Entered _____
Deputy Clerk's Initials _____

2. Both parties may serve upon the other a request to produce and to permit the party making the request, or someone acting on the requester's behalf, to inspect and copy, any designated documents which constitute or contain matters within the scope of Federal Rule of Civil Procedure 26(b) and which are in the possession, custody, or control of the party upon whom the request is served. The party upon whom the request is served shall produce said documents or permit said inspection and copying within 15 days of that party's receipt of said request for production of documents.

3. Either party may pursuant to the provisions of Federal Rules of Civil Procedure 34(c) and Federal Rules of Civil Procedure 45, serve upon persons who are not a party to this action a subpoena compelling said person to produce documents or to submit said documents for inspection as allowed under the Federal Rules of Civil Procedure.

Said discovery may commence immediately and without further order of this Court.

Dated: 10/28/99

ARTHUR J. BOYLAN
United States Magistrate Judge