## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.99-1285 (DWF/AJB) |
| v. | § § § | |
| BRIAN EVANS, | § § | |
| Defendant. | § | |

### CONSENT JUDGMENT

The parties have reached agreement on terms of settlement and mutually consent to the following findings of fact, conclusions of law, and relief. This Court has considered these findings, conclusions, and the relief granted and concludes that they are appropriate and should be entered as a judgment in this action.

Based upon all records herein, the Court makes the following findings of fact and conclusions of law.

### PARTIES

1.      3M is a Delaware corporation having its principal place of business at 3M Center, 2501 Hudson Road, St. Paul, Minnesota 55144.

2.      Brian Evans ("Defendant") is an individual residing in or around Las Vegas, Nevada. Defendant is doing business as Brian Evans Domains, Domains by Brian Evans, and

A: 232409(4ZBT011.DOC)

Crooner Brian Evans and has a business address of 8000 Spring Mountain Road, No. 2056, Las

Vegas, Nevada 89117.

## NATURE OF THIS ACTION; JURISDICTION OF THE COURT

3.      This is an action for trademark infringement, dilution, and unfair competition

under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq*. ("Lanham Act"), for

trademark dilution under the Minnesota Anti-Dilution Statute, Minn. Stat. Ann. § 333.285

(1998), for trademark infringement and unfair competition under the common law of Minnesota,

and for unjust enrichment.

4.      This Court has personal jurisdiction over Defendant because:  a) he engaged in

out-of-state conduct that was intended to and did result in harmful effects to 3M in Minnesota;

and b) he is doing business in Minnesota.

5.      Defendant's contacts with Minnesota form the basis for 3M's claims in this

action.

6.      This Court has jurisdiction over the subject matter of this action under 15 U.S.C.

§ 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under

28 U.S.C. § 1367(a) over 3M's claims under Minnesota law.

7.      The matter in controversy in this action exceeds the sum or value of $75,000,

exclusive of interest and costs, and is between a citizen of a state and a citizen of another state.

Therefore, this Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

## 3M COMPANY'S USE AND REGISTRATION OF ITS 3M MARK AND NAME

8.      3M owns the 3M mark.  3M commenced use of its 3M mark, in commerce which

may lawfully be regulated by Congress, at least as early as 1906 in connection with a wide

A: 232409(4ZBT01!.DOC)

variety of goods and services, and as a trade name. Since that time, 3M has continuously used its 3M mark in commerce.

9.    The 3M mark is used by 3M as the domain name (www.3m.com and www.mmm.com) for its website and is used extensively on that website.

10.    3M has developed an enormous amount of goodwill in its 3M mark. This mark is extremely well-known and respected by consumers. The 3M mark represents products indicative of 3M's commitment to providing high quality, innovative products to consumers.

11.    3M's mark 3M is inherently distinctive and serves to identify and indicate the source of 3M's products and services to the consuming public.

12.    As a result of the long use and promotion of the 3M mark by 3M, the 3M mark has become distinctive to designate 3M, to distinguish 3M and its products from the products of other businesses, and to distinguish the source or origin of 3M's products. As a result of these efforts by 3M, the consuming public in Minnesota and throughout the United States widely recognizes and associates the 3M mark with 3M and its products.

13.    The 3M mark is famous.

14.    As a result of 3M's long use and promotion of the 3M mark in Minnesota and elsewhere, 3M has acquired valuable common law rights in the 3M mark.

15.    3M owns over three hundred valid and subsisting trademark registrations for its 3M mark, covering a wide variety of goods, issued by the United States Patent and Trademark Office. Most of these registrations are incontestable pursuant to 15 U.S.C. § 1065.

### 3M COMPANY'S USE AND REGISTRATION OF ITS POST-IT MARK

16.    3M owns the POST-IT mark and has for many years used the POST-IT mark in connection with a variety of consumer products, including the popular POST-IT notes.

17.     3M first used its POST-IT mark, in commerce that may lawfully be regulated by Congress, at least as early as 1976.  Since that time, 3M has continuously used its POST-IT mark in commerce.

18.     The POST-IT mark is used extensively on 3M's website.

19.     3M has developed an enormous amount of goodwill in its POST-IT mark.  This mark is extremely well known and respected by consumers.  The POST-IT mark represents products indicative of 3M's commitment to providing high quality, innovative products to consumers.

20.     The POST-IT mark is inherently distinctive and serves to identify and indicate the source of 3M's products to the consuming public.

21.     As a result of 3M's long use and promotion of its POST-IT mark, the consuming public in Minnesota and elsewhere widely recognizes and associates the POST-IT mark with 3M and its products.

22.     The POST-IT mark is famous.

23.     3M has acquired valuable common law rights in the POST-IT mark.

24.     3M owns a number of valid and subsisting registrations for its POST-IT mark, covering a variety of goods, issued by the United States Patent and Trademark Office.  Most of these registrations are incontestable pursuant to 15 U.S.C. § 1065.

## INTERNET DOMAIN NAMES

25.     Internet users can access each other's computers, can communicate directly with each other (by means of electronic mail or "e-mail") and can access various types of data and information.  Each Internet user has an address, usually consisting of some representation of the user's personal name, followed by "@" and then an identifier which usually designates the user's

employer or Internet e-mail provider (e.g., sjones@xyz.com). This latter component is commonly referred to as a "domain" or "domain name."

26.    In addition to serving as an address for sending and receiving e-mail to the domain name holder, its employees or customers, domain names may also serve as the address for accessing web sites operated by the domain name holders.

27.    It is a common practice for businesses to register and use their trade names and/or trademarks in their Internet domain names, followed by ".com."

28.    Network Solutions, Inc. ("NSI") is one of the entities appointed by the Internet Corporation for Assigned Names and Numbers to act as a registrar for domain names in the ".com", ".org", ".net", and ".edu" top level domains. By agreeing to register a domain name, NSI does not determine the legality of the domain name registration or otherwise evaluate whether the domain name may infringe the rights of a third party. *See* Network Solutions' Domain Name Dispute Policy (Rev. 03) ("NSI Dispute Policy") ¶ 1 (available at www.networksolutions.com/legal/dispute-policy.html). However, to secure a domain name from NSI, applicants must represent that "the registration of the selected domain name, to the best of the registrant's knowledge, does not interfere with or infringe upon the rights of any third party." *See* NSI Domain Name Registration Agreement (Version 4.0) ¶ C (incorporating NSI Dispute Policy ¶ 2) (available at www.networksolutions.com/legal/agreement.html).

### 3M COMPANY'S USE OF THE INTERNET IN MARKETING ITS PRODUCTS

29.    On May 27, 1988 and October 31, 1988, 3M registered the domain names "3M.com" and "mmm.com," respectively, and operates a web site under the Internet addresses www.3m.com and www.mmm.com to provide a wide variety of information to its customers. On August 22, 1997, 3M registered the domain name "postit.com" which 3M intends to link to

the pages on the www.3m.com website. 3M has also obtained and owns a number of other domain names that consist of marks owned by 3M, including the following representative domain names: nexcarebandages.com; o-cel-o.com; scotch-brite.com; scotchlite.com; and thinsulate. com.

30.    On its website, 3M markets a large number of products under the 3M and POST-IT marks.

**DEFENDANT'S ACTIVITIES**

31.    Defendant applied for and received the Internet domain name "canadaposte-it-notes.com" from NSI on July 27, 1999.

32.    Defendant applied for and received the Internet domain name "3monline.com" from NSI on or about August 15, 1999.

33.    Defendant entered into an agreement with NSI whereby he made the foregoing representations and warranties set forth in Paragraph 28 above in connection with his applications to register "canadaposte-it-notes.com" and "3monline.com."

34.    Defendant operated an interactive website at the address www.3monline.com and appears to have deactivated this website after this lawsuit was filed. This site contained information promoting Defendant's career as an entertainer. A print-out of the home page for this site is attached hereto as EXHIBIT A.

35.    Defendant is not affiliated with or sponsored by 3M and has not been authorized by 3M to use the 3M or POST-IT marks.

36.    On August 15, 1999, Brian Peterson, 3M's administrative and billing contact person for Internet domain names, received an e-mail message from Defendant that stated:

This domain is for sale.  Current offer is $7,000 and will sell this Thursday unless you wish to buy it at $7,200

www.3monline.com.

A true and correct copy of this August 15, 1999 e-mail is attached hereto as EXHIBIT B.

37.    On August 18, 1999, the Court issued an order restraining Defendant from transferring the domain names "3monline.com" and "canadaposte-it-notes.com" pending a hearing on 3M's motion for preliminary injunction.

38.    Defendant registered "3mcompany.com" on August 20, 1999 and later established an interactive website at www.3mcompany.com promoting Defendant's career as an entertainer (substantially the same website that Defendant linked to www.3monline.com).  The website at www.3mcompany.com directly linked to Defendant's "domain blvd." page listing dozens of domain names Defendant is offering for sale, many including the trademarks of other companies. A print-out of selected pages of Defendant's www.3mcompany.com website is attached as EXHIBIT C.  Defendant appears to have deactivated this website.

39.    Defendant owns over 300 domain names.  These names include:

citicorpinvestment.com
bankonevisa.net
aflacincorporated.com
torocompany.com
sheratonresorts.com
mauimarriottresort.com
16magazine.com
ritzcarltonhotel.com
radiocitymusichall.com
hiltonvacations.com
firstusabanksucks.net
franksinatrajr.com
pepsicolaonline.com
wellsfargobank.com
unitedairlines.com
thesharperimageonline.com

A: 232409(4ZBT01!.DOC)

tylenolonline.com
tacobellonline.com
starbucksonline.com
sheratonresorts.com
saksfifthavenue.com
pentiumonline.com
niveaonline.com
levistraussonline.com
radioshackonline.com
kleenexonline.com
raytheononline.com
ritzcarltonhotel.com
versaceonline.com
hewlettpackardonline.com
hertzonline.com
janusfundsonline.com
firstusavisa.com
cliniqueonline.com
adidasonline.com
armstrongfloorsonline.com
jvconline.com.

40.    Defendant is in the business of reserving domain names that include the marks of
other companies, and selling them.

## EFFECT OF DEFENDANT'S ACTIVITIES ON 3M
## AND THE CONSUMING PUBLIC

41.    Defendant's offer to sell the 3monline.com domain name to 3M constitutes use of
the 3M mark in commerce.

42.    Defendant's offer to sell the 3monline.com domain name to 3M in Minnesota
constitutes transacting business in Minnesota.

43.    Defendant's unauthorized use of the 3M mark in the manner described above is
likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers
of the parties, at least as to some affiliation, connection or association of Defendant with 3M, or
as to the origin, sponsorship, or approval of Defendant's products and services.

A. 232409(4ZBT01!.DOC)

44.    Defendant's unauthorized use of the 3M mark in the manner described above falsely designates the origin of his products and services, and falsely and misleadingly describes and represents facts with respect to Defendant and his products and services.

45.    Defendant's unauthorized use of the 3M mark in the manner described above enables him to trade on and receive the benefit of goodwill 3M built up at great labor and expense over many years, and to gain acceptance for his products and services not solely on their own merits, but on the reputation and goodwill of 3M, its 3M mark and its products and services.

46.    Defendant's unauthorized use of the 3M mark in the manner described above cause dilution of the distinctive quality of 3M's famous 3M mark.

47.    Defendant's unauthorized use of the 3M mark in the manner described above began after 3M's 3M mark had become famous.

48.    Defendant's unauthorized use of the 3M mark in the manner described above unjustly enriches Defendant at 3M's expense.

49.    Defendant's unauthorized use of the 3M mark in the manner described above removes from 3M the ability to control the nature and quality of products and services provided under the 3M mark and places the valuable reputation and goodwill of 3M in the hands of Defendant, over whom 3M has no control.

50.    Defendant's unauthorized use of the POST-IT mark in the manner described above is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties, at least as to some affiliation, connection or association of Defendant with 3M, or as to the origin, sponsorship, or approval of Defendant's products and services.

51.    Defendant's unauthorized use of the POST-IT mark in the manner described above falsely designates the origin of his products and services, and falsely and misleadingly describes and represents facts with respect to Defendant and his products and services.

52.    Defendant's unauthorized use of the POST-IT mark in the manner described above enables him to trade on and receive the benefit of goodwill 3M built up at great labor and expense over many years, and to gain acceptance for his products and services not solely on their own merits, but on the reputation and goodwill of 3M, its POST-IT mark and its products sold under that mark.

53.    Defendant's unauthorized use of the POST-IT mark in the manner described above causes dilution of the distinctive quality of 3M's famous POST-IT mark.

54.    Defendant's unauthorized use of the POST-IT mark in the manner described above began after 3M's POST-IT mark had become famous.

55.    Defendant's unauthorized use of the POST-IT mark in the manner described above unjustly enriches Defendant at 3M's expense.

56.    Defendant's unauthorized use of the POST-IT mark in the manner described above removes from 3M the ability to control the nature and quality of products and services provided under the POST-IT mark and places the valuable reputation and goodwill of 3M in the hands of Defendant, over whom 3M has no control.

57.    Unless these acts of Defendant are restrained by this Court, they will continue, and they will continue to cause irreparable injury to 3M and to the public for which there is no adequate remedy at law.

58.    The acts of Defendant constitute infringement of 3M's federally registered 3M and POST-IT marks in violation of 15 U.S.C. § 1114(1).

59.    Defendant's use in commerce of the famous 3M and POST-IT marks causes dilution of the distinctive quality of 3M's 3M and POST-IT marks, in violation of the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c).

60.    The acts of Defendant constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

61.    The acts of Defendant constitute trademark and trade name infringement in violation of the common law of Minnesota.

62.    The acts of Defendant constitute unfair competition in violation of the common law of Minnesota.

63.    The acts of Defendant constitute dilution of 3M's 3M and POST-IT marks in violation of the Minnesota Anti-Dilution Statute, Minn. Stat. Ann. § 333.285 (1998).

64.    The acts of Defendant constitute unjust enrichment of Defendant at 3M's expense.

## HAVING MADE THE PRECEDING FINDINGS OF FACT AND CONCLUSIONS OF LAW, THE COURT HEREBY ENTERS THE FOLLOWING RELIEF:

1.    Defendant, his agents, servants, employees, attorneys, and all those persons in active concert or participation with Defendant, are preliminarily and permanently enjoined and restrained from: (a) using the 3M and POST-IT marks and any other name or mark that is confusingly similar to or likely to dilute the distinctive quality of 3M's 3M and POST-IT marks or other marks owned by 3M or the names of its employees or attorneys, including but not limited to registering these names or marks as part of corporate names or Internet domain names or using these names or marks as e-mail addresses or Internet metatags and including but not limited to "3monline.com, "canadaposte-it-notes.com," "3mcompany.com," and "3monline.net;" (b) filing any trademark or service mark applications in any jurisdiction for any mark which includes the 3M and POST-IT marks and any other name or mark that is confusingly similar to or likely to dilute the distinctive quality of 3M's 3M and POST-IT marks or other marks owned by 3M or the names of its employees or attorneys; (c) making public statements (including but not limited to statements on Internet websites or statements in bulk Internet e-mails) about this lawsuit other than stating the terms of this Consent Judgment; and (d) making disparaging or slanderous statements about 3M or its products, employees or attorneys;

2.    Within five days after this judgment is entered, Defendant, his agents, servants, employees, attorneys, and all those persons in active concert or participation with Defendant, shall relinquish to 3M the domain names "3monline.com," "canadaposte-it-notes.com" and 3mcompany.com," and any other domain names containing 3M trademarks or the names of its employees or attorneys or domain names confusingly similar thereto or likely to dilute the distinctive quality thereof, pursuant to NSI's transfer procedure;

3.    Defendant shall file with this Court and serve upon 3M, within thirty (30) days after this judgment is entered, a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with the injunction.

**SO ORDERED** this _____ *7th* _____ day of _____ *March* _____ 1999.

_____
Honorable Judge Donovan W. Frank
United States District Court Judge

The parties hereby agree to the terms of this Consent Judgment:

Respectfully submitted,

DATED: _____ *4 November* _____, 1999

_____
Timothy M. Kenny #247716
ARNOLD, WHITE & DURREE
4850 U.S. Bank Place
601 Second Ave. South
Minneapolis, MN 55402-4320
(612) 321-2800
(612) 321-9600 (fax)

Louis T. Pirkey
William G. Barber
Michael S. Metteauer
ARNOLD, WHITE & DURKEE
1900 One American Center
600 Congress Avenue
Austin, TX 78701
(512) 418-3000
(512) 474-7577 (fax)

ATTORNEYS FOR PLAINTIFF
MINNESOTA MINING AND
MANUFACTURING COMPANY

DATED: _November 2_, 1999      BRIAN EVANS

By: _____

STATE OF _NEVADA_    §
COUNTY OF _CLARK_    §
                     §

     BEFORE ME, the undersigned authority, on this _2nd_ day of _November_, 1999, personally appeared Brian Evans, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

_____
NOTARY PUBLIC IN AND FOR THE

State of _NEVADA_

_R. David Groover_
Printed Name of Notary Public
My Commission Expires: _06/17/2001_

```
NOTARY PUBLIC
DAVID GROOVER
STATE OF NEVADA
COUNTY OF CLARK
MY APPOINTMENT EXPIRES
JUNE 17, 2001
No: 88-0537-1
```

14

A: 232409(4ZBT011.DOC)

A

Welcome to The Crooner.Com!....The Official Website of Brian Evans!



Brian Evans Live at The Desert Inn Gallery

Canadians Click Here!

Listen to BRIAN EVANS now on Broadcast.Com!

WHAT THE PRESS SAYS ABOUT BRIAN EVANS

Order Brian's CD's NOW at Amazon.Com!

THE BRIAN EVANS CHRISTMAS ALBUM...featuring Peter Billingsley

NEW LAS VEGAS DATE! Brian Evans Live at Sunset Station

Brian Evans Live at The Desert Inn CD

Brian Evans on "Full House"

Brian's Upcoming Projects & Tour Dates

The Photo Gallery

Brian at CMJ Music Marathon in New York & Midem in France

Order online right now to see BRIAN EVANS in Las Vegas!

Send Brian Evans a Fax!

Vince Vaughn

Links

Coming soon! Pics from Aug 13-17 Disney World Trip!

Show Order

To Contact Brian Evans

Help

Search

Index

Y! SHOPPING



NEW NEWS!!!!

BRIAN EVANS SANG ANTHEM AT LV STARS GAME IN VEGAS ON THURSDAY AUGUST 11TH!

BRIAN EVANS

Live In Concert at

Sunset Station Casino

Las Vegas

Friday, September 17th, 1999

7:00 P.M. & 9:00 P.M.

Also appearing at Sunset Station Casino:

Paula Poundstone, Joe Diffie, Pat Benatar.

VISITING HAVERHILL, MASSACHUSETTS Sept. 23-29 TO DO BOSTON PROMOTIONS FOR NEW Desert Inn CD! Check back for updated shows he will appear on in the Boston area!

NOW AVAILABLE!!!

http://www.3monline.com/

8/18/99

The most recent release by Brian
Evans...

BRIAN EVANS

LIVE AT THE DESERT INN

in LAS VEGAS

Click the left bar to got to
AMAZON.COM

Best viewed on Netscape or
Explorer. AOL USERS, click on
where a photo "looks like it should
be" if it didn't load properly on
your computer...it will appear.

 THE
BRIAN
EVANS
CHRISTMAS
ALBUM...featuring
Peter
Billingsley

 NEW
LAS
VEGAS
DATE!
Brian
Evans
Live at
Sunset
Station

 Brian
Evans
Live at
The
Desert
Inn CD

Go to Amazon.Com
and order Brian's CD's
Today! "Live at The
Desert Inn"....Now
Available!

B

 RFCMUSIC@aol.com on 08/15/99 03:10:16 AM

To:       Brian A. Peterson/US-Corporate/3M/US
cc:
Subject:  www.3monline.com

This domain for sale. Current offer is $7,000 and will sell this Thursday
unless you wish to buy at $7,200.

www.3monline.com

C

Brian Evans Live at The Desert Inn Gallery

Canadians Click Here!

Listen to BRIAN EVANS now on Broadcast.Com!

WHAT THE PRESS SAYS ABOUT BRIAN EVANS

Order Brian's CD's NOW at Amazon.Com! (Live at The Desert Inn CD!)

THE BRIAN EVANS CHRISTMAS ALBUM...featuring Peter Billingsley

NEW LAS VEGAS DATE! Brian Evans Live at Sunset Station

Brian Evans on Television

Brian's Upcoming Projects & Tour Dates

The Photo Gallery (Updated with Disney Trip pics August 21!)

Order online right now to see BRIAN EVANS in Las Vegas!

Send Brian Evans a Fax!

Did a Different Domain Name bring you here?

Win an autographed Mark McGwire baseball!

---

Show Order

To Contact Brian Evans

Help

Search

Index

"☺" SHOPPING





NEW NEWS!!!!

Above is Brian's first "Cover". Look for BRIAN EVANS featured on his second cover... again in Showbiz Magazine on September 12th for his new show.

Live In Concert at

Sunset Station Casino

Las Vegas

Friday, September 17th, 1999

7:00 P.M.

Order tickets today at www.ticketmaster.com

Also appearing at Sunset Station Casino

Paula Poundstone, Joe Diffie, Pat Benatar

VISITING HAVERHILL, MASSACHUSETTS Sept. 23-29 TO DO BOSTON PROMOTIONS FOR NEW Desert Inn CD! Check back for updated shows he will

Welcome to The Crooner.Com....The Official Website of Brian Evans!    Page 2 of 2

appear on in the Boston area!

NOW AVAILABLE!!!

The most recent release by Brian
Evans

BRIAN EVANS

LIVE AT THE DESERT INN

in LAS VEGAS

Click the left bar to got to
AMAZON.COM

Best viewed on Netscape or
Explorer. AOL USERS. click on
where a photo "looks like it should
be" if it didn't load properly on
your computer ...it will appear.

This site and all that is on it is
Copyright 1999. Nothing may be
downloaded or printed without
express written consent.


THE
BRIAN
EVANS
CHRISTMAS
ALBUM...featuring
Peter
Billingsley


NEW
LAS
VEGAS
DATE!
Brian
Evans
Live at
Sunset
Station


Brian
Evans -
New
Pop
CD...NOW
AVAILABLE!

Go to Amazon.Com
and order Brian's CD's
Today! "Live at The
Desert Inn"   Now
Available!

http://www.3mcompany.com/                        8/24/99

Did a Different Do    n Name bring you here?







## DID A DIFFERENT DOMAIN NAME BRING YOU HERE?

Click the link below to go to the Domain Store to see what names we own and are currently offering for sale.

Please note: companies with similar names are NOT our sponsors and we have no association with companies who might have similar names to the domain names we own. Similar names are strictly coincidental and are not meant to imply sponsorship of any kind whatsoever.

■ CLICK HERE TO BID ON ONE OF OUR DOMAIN NAMES!

Go to Amazon.Com and order Brian's CD's Today! "Live at The Desert Inn" Now Available!

Greetings

**Legal Info**

**Protect your Trademark! Click here!**

**Buy your favorite book at Random House!**

**Do your online banking at Citibank!**

**Go to Strong Funds for the best Mutual Funds!**

**Go to the New Line Cinema Movie Site!**

**Shipping in Canada? Use FedEx! Click here!**

**Buy your books online at Borders!**

**Get a cool car at Cadillac.Com**

**Search AOL**

**Listen to your favorite music at MCA Music!**

**Read The Boston Globe!**

**Want showbiz news? Read The Hollywood Reporter!**

**For music news click here!**

**Check out some of the names we own!**

**Show Order**

**Info**

**Help**

**Search**

**Index**

Y! SHOPPING

# Welcome to...



Email your bid to Justreimer@aol com for the purchase of the name that brought you to this site.

The process is handled in this fashion

1  You email us your desire to purchase the name

2  We fax a notarized letter of Agreement

3  You overnight a check.

4  Upon receipt, we overnight Network Solutions notarized transfer forms.

It's that simple!

We have very reasonable rates for our registered domain names. Stay clear from companies charging ridiculous amounts ..at The Domain Train we will offer a smooth transaction that makes your visit to this site well worth the trip on "The Domain Train"

Certain Massachusetts names will be sold for a donation to your local high school and upon proof of donation made in the amount agreed to by us. In those instances, you will pay the school directly and send us proof of payment (cashed check).

PLEASE VISIT OUR FAVORITE LINKS! WE RECEIVE NO MONEY FROM THESE LINKS! WE HAVE PUT THEM ONLINE FOR YOUR CONVENIENCE AND ENJOYMENT!

IF A PERSON'S DOMAIN NAME BROUGHT YOU HERE  WE WILL RELINQUISH THE NAME TO THAT INDIVIDUAL FOR ONLY $70  the NETWORK SOLUTIONS FEE, and for a $250 donation to the Muscular Dystrophy Association  We do not Profit from personal names.

DISCLAIMER  We have no association with certain names that may have a likeness to another name  Since the world is a big place, it is impossible to not make this mistake

Check out some o    names we own!

| |
|---|
| Home |
| Legal Info |
| Protect your Trademark! Click here! |
| Buy your favorite book at Random House! |
| Do your online banking at Citibank! |
| Go to Strong Funds for the best Mutual Funds! |
| Go to the New Line Cinema Movie Site! |
| Shipping in Canada? Use FedEx! Click here! |
| Buy your books online at Borders! |
| Get a cool car at Cadillac.Com |
| Search AOL |
| Listen to your favorite music at MCA Music! |
| Read The Boston Globe! |
| Want showbiz news? Read The Hollywood Reporter! |
| For music news click here! |
| Check out some of the names we own! |

| |
|---|
| Show Order |
| Info |
| Help |
| Search |
| Index |
| Y! SHOPPING |

# Welcome to...

Here is a list of names we own. If a name brought
here that is not on this list, simply email us an off
for the name.
Similar company names will be sold for donation
to charity aside from any other negotiated fees.

2003online.com

2004online.com $"Make an Offer"

2005online.com $"Make an Offer"

21stcenturybanking.com $"Make an Offer"

aolplatinumvisa.com

applytodayonline.com $"Make an Offer"

autographedbaseball.com $"Make an Offer"

bank2000online.com $"Make an Offer"

bankapprovalonline.com $"Make an Offer"

bankinamerica.com $"Make an Offer"

bankingonline2000.com $"Make an Offer"

bankonebank.com $"Make an Offer"

bankrateonline.com $"Make an Offer"

banktodayonline.com $"Make an Offer"

bankusaonline.com $"Make an Offer"

bookingagency.com $100,000

boulder2000.com $"Make an Offer"

brynet.com $"Make an Offer"

buyitonlinenow.com $"Make an Offer"

canadaonline2000.com $"Make an Offer"

canadianonline.com $"Make an Offer"

cd2000online.com $"Make an Offer"

citizensbanksucks.com $"Make an Offer"

comedianonline.com $"Make an Offer"

comediansonline.com $"Make an Offer"

disneymedia.com $"Make an Offer"

e-chargeonline.com $

echargeonline.co $"Make an Offer"

Check out some e names we own!

efaxed.com $"Make an Offer"

estockonline.com $"Make an Offer"

europeg.com $"Make an Offer"

fashionmallonline.com $"Make an Offer"

fastapprovalonline.com $"Make an Offer"

friendsianding.com $"Make an Offer"

getapprovedonline.com $"Make an Offer"

goldvisaonline.com $"Make an Offer"

greatdomainsonline.com $"Make an Offer"

homedevice.com $"Make an Offer

injurysolution.com $"Make an Offer"

injurysolutions.com $"Make an Offer"

internetflight.com $"Make an Offer"

intershoponline.com $"Make an Offer"

marsline.com $"Make an Offer"

millenniumbanking.com $"Make an Offer"

mpeg3online.com $"Make an Offer"

mpponline.com $"Make an Offer"

musiconline2000.com $"Make an Offer"

nasaonline.com $"Make an Offer"

nationalanthem.com $"Make an Offer"

newcenturybanking.com $"Make an Offer"

partyin2000.com $"Make an Offer"

pcmallonline.com $"Make an Offer"

planningfor2000.com $"Make an Offer"

seniorfly.com $"Make an Offer"

seniorticket.com $"Make an Offer"

shippingday.com $"Make an Offer"

sixteenmagazine.com $"Make an Offer"

thedomainmail.com $"Make an Offer"

thetradesite.com $"Make an Offer"

tradewebonline.com $"Make an Offer"

transbanking.com $"Make an Offer"

ubought.com $"Make an Offer"

Check out some o      names we own!

useitonline.com $"Make an Offer"

valuewebonline.com $"Make an Offer"

visagoldonline.com $"Make an Offer"

visaplatinumonline.com $"Make an Offer"

webbankingonline.com $"Make an Offer"

wingspanbankonline.com $100,000

y2kbankonline.com $50,000

16magazine com "Make an Offer"

musictracking.com "Make an Offer"

PLEASE NOTE: You are purchasing the registration and
ownership of these names only. You will be responsible for
making your own registration fee's, beginning with the first
registration fee of $70.00. Every two years you will need to
this $70 fee thereafter

- Click here to see even MORE names
  we own!

Click here to see even MORE names we own!



| |
|---|
| Home |
| Legal Info |
| Protect your Trademark! Click here! |
| Buy your favorite book at Random House! |
| Do your online banking at Citibank! |
| Go to Strong Funds for the best Mutual Funds! |
| Go to the New Line Cinema Movie Site! |
| Shipping in Canada? Use FedEx! Click here! |
| Buy your books online at Borders! |
| Get a cool car at Cadillac.Com |
| Search AOL |
| Listen to your favorite music at MCA Music! |
| Read The Boston Globe! |
| Want showbiz news? Read The Hollywood Reporter! |
| For music news click here! |
| Check out some of the names we own! |

| |
|---|
| Show Order |
| Info |
| Help |
| Search |
| Index |
| Y! SHOPPING |

# Welcome to...

Well...they are sort of all crunched together...but

16magazine.com

2003online.com

2004online.com

2005online.com

21stcenturybanking.com

airswitzerland.com

aoplytodayonline.com

attweb.com

autographedbaseball.com

bank2000online.com

And so on ...here's a whole pile to look through!

bankapprovalonline.com bankinamerica.com bankingonlin
canadanewswire.com canadaonline2000.com canadian20
dreamworksonline.com e-chargeonline.com earthtechnic.c
goldvisaonline.com goodbanking.com

grammys2000.com greatdomainsonline.com highprofitonli
mpeg3online.com mpponline.com musiconline2000.com
radiocitymusichall.com scientologistonline.com scientology
skytechnic.com skytechnics.com spacetechnics.com speci
highprofitsonline.com homedevice.com injurysolution.com
musictracking.com nasaonline.com nationalanthem.com n
scientologyonline.com searchforgold.com searchingforgold
spacetechnics.com specialofferonline.com specialonlineoff

16magazine.com 2003online.com 2004online.com 2005on
bankinamerica.com bankingonline2000.com bankonebank
canadaonline2000.com canadian2000.com canadianonline
chargeonline.com earthtechnic.com echargeonline.co efax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following documents:

1.  Consent Judgment; and

2.  Certificate of Service

have been served upon Brian Evans this 4th day of November, 1999, at the following address and in the below-stated manner:

Mr. Brian Evans
8000 Spring Mountain Road, No. 2056
Las Vegas, Nevada 89117

**VIA U.S. MAIL (POSTAGE PRE-PAID)**

Respectfully submitted,

DATED: November 4, 1999

Timothy M. Kenny (MN #247716)
ARNOLD, WHITE & DURKEE
4850 U.S. Bank Place
601 Second Ave. South
Minneapolis, MN 55402-4320
(612) 321-2800
(612) 321-9600 (fax)

Louis T. Pirkey (TX #16033000)
William G. Barber (TX #01713050)
Michael S. Metteauer (TX #13980600)
ARNOLD, WHITE & DURKEE
1900 One American Center
600 Congress Avenue
Austin, TX 78701-3248
(512) 418-3000
(512) 474-7577 (fax)

ATTORNEYS FOR PLAINTIFF
MINNESOTA MINING AND
MANUFACTURING COMPANY